UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Commodity Futures Trading Commission
                    Plaintiff,
v.                                                       Case No.: 1:23−cv−07485
                                                       Honorable John F. Kness
Logista Advisors LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 25, 2024:

      MINUTE entry before the Honorable John F. Kness: Telephonic motion hearing held 7/25/2024. For the reasons stated on the record, Defendants' Motion to Dismiss Plaintiff's Amended Complaint [28] is denied. The parties reported that discovery is proceeding on schedule. The Court asks that the Executive Committee refer this case to Magistrate Judge Gilbert for discovery supervision (including entering or amending all case management orders and resolving all discovery related motions), along with any settlement matters. Any deadlines previously set by this Court are to stand unless modified by Judge Gilbert. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.